IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MONTRAY QUINTIN PATTON,<br><br>    Defendant. | 4:21-CR-3084<br><br>ORDER |

  This matter is before the Court on the defendant's objection (filing 41) to the Magistrate Judge's Order (filing 35) recommending that the defendant's motion to suppress (filing 21) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

  IT IS ORDERED:

  1. The Magistrate Judge's findings and recommendation (filing 35) are adopted.

  2. The defendant's objection (filing 41) is overruled.

  3. The defendant's motion to suppress (filing 21) is denied.

Dated this 23rd day of May, 2022.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
United States District Judge