IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>MONTRAY QUINTIN PATTON,<br><br>　　　　　　　Defendants. | 4:21CR3084<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) The conference call previously scheduled to be held on April 15, 2024, is continued. A telephonic conference with counsel will be held before the undersigned magistrate judge at 10:30 a.m. on May 15, 2024. At this status conference, the Court expects defense counsel to provide it with the status of Defendant's medical surgeries and medical rehabilitation so the Court can determine when Defendant will be medically able to travel for the trial in the above-captioned matter. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

2) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and May 15, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of April, 2024.

BY THE COURT:

s/Jacqueline M. DeLuca
United States Magistrate Judge